# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fitzgerald, Michael W. | 2. Court or Organization<br><br>United States District Court, Central District of California | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>350 West First Street<br>Room 5250<br>Los Angeles, California 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Treasurer | Federal Bar Association, Los Angeles Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | NALEO Education Fund; salary |
| 2. | 2017 | State of California, In-Home Supportive Services; miscellaneous income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 5/4/17 to 5/5/17 | San Francisco, California | Panelist; 2017 Litigation Section Conference | Airfare; lodging; mileage and parking; ground transportation |
| 2. | United States Department of Justice | 10/24/17 to 10/26/17 | Washington, DC | Guest at 2017 Attorney General Awards | Airfare; meals and incidental expenses (per diem) |
| 3. | State Bar of California | 10/26/17 | San Francisco, California | Panelist; Golden State Institute | Airfare, mileage and parking; ground transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mark and Marsha Matthews | Case of Wine and Champagne (wedding gift) | $1,100.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America -- Cash Accounts | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Brokerage Account #2 (Personal) (H) | | | | | | | | | |
| 4. Elements Int'l Small Cap (ELISX) | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 5. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 6. | | | | | Sold (part) | 10/25/17 | J | A | |
| 7. Oberweis Intl Oppty Fd Inst (OBIIX) | | None | | | Sold | 05/25/17 | J | A | |
| 8. Schwab Amt TF MMF (SWFXX) | A | Dividend | J | T | Sold (part) | 01/19/17 | J | | |
| 9. | | | | | Sold (part) | 04/26/17 | J | | |
| 10. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 11. | | | | | Sold (part) | 05/30/17 | J | | |
| 12. | | | | | Sold (part) | 07/26/17 | J | | |
| 13. | | | | | Sold (part) | 10/03/17 | J | | |
| 14. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 15. | | | | | Sold (part) | 11/03/17 | J | | |
| 16. | | | | | | | | | |
| 17. Brokerage Account #3 (IRA) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Beacon Bridgeway Lg Cap Value (BWLYX) | | None | | | Sold | 04/18/17 | M | | |
| 19. Angel Oak Flexible Incm (ANFIX) | B | Dividend | | | Sold | 09/22/17 | L | | |
| 20. Artisan Intl Fund (APDIX) | | None | | | Sold | 05/16/17 | L | | |
| 21. Ashmore Emrg Mkts (EFEIX) | A | Dividend | | | Sold | 06/09/17 | K | | |
| 22. Dodge & Cox Intl Stock Fund (DODFX) | | None | | | Sold | 05/17/17 | L | | |
| 23. Driehaus Frontier Emrg (DRFRX) | | None | | | Sold | 06/23/17 | K | | |
| 24. Doubleline Total Return (DBLTX) | A | Dividend | K | T | Buy | 09/01/17 | K | | |
| 25. Elements International (ELINX) | C | Dividend | M | T | Buy | 05/17/17 | L | | |
| 26. | | | | | Buy (add'l) | 05/18/17 | L | | |
| 27. Elements Emerging Mkts (ELMMX) | C | Dividend | L | T | Buy | 06/12/17 | K | | |
| 28. | | | | | Buy (add'l) | 06/26/17 | K | | |
| 29. Elements Int'l Small Cap Port (ELISX) | B | Dividend | L | T | Buy | 05/19/17 | L | | |
| 30. Elements US Port (ELUSX) | C | Dividend | N | T | Buy | 04/19/17 | N | | |
| 31. | | | | | Buy (add'l) | 04/20/17 | K | | |
| 32. | | | | | Sold (part) | 09/01/17 | M | | |
| 33. Elements US Small Cap (ELSMX) | A | Dividend | L | T | Buy | 04/21/17 | L | | |
| 34. | | | | | Sold (part) | 09/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Contra Fund (FCNTX) | B | Dividend | | | Sold | 04/18/17 | M | | |
| 36. FMI Large Cap Fund Inst (FMIQX) | | None | | | Sold | 04/18/17 | M | | |
| 37. Glenmede Secured Options Inst (GTSOX) | | None | | | Sold | 03/23/17 | L | | |
| 38. Glenmede Secured Options (GLSOX) | C | Dividend | L | T | Buy | 03/23/17 | L | | |
| 39. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 40. Guggenheim Macro Oppty (GIOIX) | A | Dividend | L | T | Buy | 09/08/17 | J | | |
| 41. | | | | | Buy (add'l) | 09/25/17 | L | | |
| 42. JPMorgan Mid Cap Value Inst (FLMVX) | | None | | | Sold | 04/19/17 | L | | |
| 43. Oberweis Intl Oppty Fd Inst (OBIIX) | | None | | | Sold | 05/18/17 | L | | |
| 44. Riverpark Short Term High Yld Fd Instl CL (RPHIX) | A | Dividend | K | T | Buy | 09/01/17 | K | | |
| 45. Schwab Govt Money Fund (SWGXX) | | None | K | T | Buy (add'l) | 01/03/17 | J | | |
| 46. | | | | | Sold (part) | 01/19/17 | J | | |
| 47. | | | | | Sold (part) | 03/24/17 | J | | |
| 48. | | | | | Buy (add'l) | 04/20/17 | L | | |
| 49. | | | | | Sold (part) | 04/24/17 | L | | |
| 50. | | | | | Sold (part) | 04/26/17 | J | | |
| 51. | | | | | Buy (add'l) | 05/18/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/19/17 | K | | |
| 53. | | | | | Sold (part) | 05/22/17 | L | | |
| 54. | | | | | Sold (part) | 07/28/17 | J | | |
| 55. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 56. | | | | | Sold (part) | 09/11/17 | J | | |
| 57. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 58. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 59. | | | | | Sold (part) | 11/03/17 | J | | |
| 60. | | | | | Buy (add'l) | 11/22/17 | K | | |
| 61. Stone Ridge All Asset Variance Risk Prem (AVRPX) | D | Dividend | M | T | Sold (part) | 10/16/17 | J | | |
| 62. Stone Ridge Reinsurance Risk Prem Interval (SRRIX) | A | Dividend | L | T | Sold (part) | 11/17/17 | K | | |
| 63. Touchstone Small Cap Core Fd (TSFYX) | | None | | | Sold | 04/20/17 | K | | |
| 64. Voya Midcap Oppty Fd I (NMCIX) | | None | | | Sold | 04/20/17 | K | | |
| 65. Voya Securitized Credit (VCFIX) | A | Dividend | K | T | Buy | 09/01/17 | K | | |
| 66. | | | | | | | | | |
| 67. Wells Fargo Bank -- Cash Accounts | A | Interest | K | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Brokerage Account #4 (Personal) (H) | | | | | | | | | |
| 70. Cash Account (Y) | | | | | | | | | |
| 71. TD Ameritrade Cash Account | | None | J | T | Buy | 12/27/17 | J | | |
| 72. DFM Emerging Markets Portfolio (DFEMX) | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 73. Altegris Futures Evolution CL 1 (EVOIX) | A | Dividend | | | Sold | 02/03/17 | J | | |
| 74. Van Eck Inernat'l Investors Gold Fd (INIYX) | A | Dividend | J | T | | | | | |
| 75. Alphacentric Income Opptys I (IOFIX) | A | Dividend | J | T | Buy | 02/07/17 | J | | |
| 76. Catalyst Millburn Hedge Strtgy Fd Cl I (MBXIX) | A | Dividend | J | T | Buy | 02/13/17 | J | | |
| 77. | | | | | Buy<br>(add'l) | 05/09/17 | J | | |
| 78. Van Eck NDR Managed Allocation Cl A (NDRYX) | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 79. | | | | | Buy<br>(add'l) | 05/09/17 | J | | |
| 80. Pimco Income Fund Institutional Fund (PIMIX) | A | Dividend | J | T | Buy<br>(add'l) | 02/22/17 | J | | |
| 81. Sharepost 100 Fund Single Class Fund (PRIVX) | | None | J | T | Buy | 02/08/17 | J | | |
| 82. | | | | | Buy<br>(add'l) | 02/22/17 | J | | |
| 83. Sprott Physical Gold Trust Unit Common Stock | | None | J | T | | | | | |
| 84. Carter Validus Mission Critical REIT Inc. Com | A | Dividend | J | T | | | | | |
| 85. Stoneridge Reinsurac Risk Prem Interval (SRRIX) | | None | | | Sold | 11/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Thornburg Ltd Term Income Class 1 (THIIX) | A | Dividend | | | Sold | 02/03/17 | K | | |
| 87. Vivaldi Multi Strategy FD CL 1 (OMOIX) | | None | | | Sold | 02/10/17 | J | | |
| 88. Vivaldi Merger Arbitrage Fd CL 1 (VARBX) | | None | | | Sold | 02/10/17 | J | A | |
| 89. | | | | | | | | | |
| 90. Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 91. Fidelity Government Cash Reserves (FDRXX) (Y) | | | | | | | | | |
| 92. TD Ameritrade Cash Account (X) | | None | J | T | Buy | 12/22/17 | J | | |
| 93. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 94. Vivaldi Multi Strategy Fd CL 1 (OMOIX) | | None | | | Sold | 02/10/17 | J | | |
| 95. Vivaldi Merger Arbitrage Fd CL 1 (VARBX) | | None | | | Sold | 02/10/17 | J | | |
| 96. Altergris Futures Evolution CL 1 (EVOIX) | A | Dividend | | | Sold | 02/03/17 | J | | |
| 97. Pimco Income Fund Institutional Fund (PIMIX) | A | Dividend | J | T | | | | | |
| 98. Stonebridge Reinsurac Risk Prem Interval (SRRIX) | | None | | | Sold | 11/22/17 | J | | |
| 99. Thornburg Ltd Term Income Class 1 (THIIX) | A | Dividend | | | Sold | 02/03/17 | J | | |
| 100. Catalyst Alphacentric Income Opportunities Cl 1 (IOFIX) | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 101. Mutual Fd Ser Trust Catalyst/Mullburn Hedge Strt 1 (MBXIX) | A | Dividend | J | T | Buy | 02/13/17 | J | | |
| 102. Sharepost 100 Fund A (PRIVX) | | None | J | T | Buy | 02/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Pension Fund (H) | | | | | | | | | |
| 105. Flx Int/Stable Value/Cash, AUL Fixed Account / FIXD | B | Dividend | | | Sold | 08/04/17 | L | | |
| 106. Pioneer Bond Y / PBYA | B | Dividend | | | Sold | 08/04/17 | L | | |
| 107. Alger Capp App Portfolio 1-2 / AAL2 | D | Dividend | | | Sold | 08/04/17 | K | | |
| 108. AmerCent MidCap Val Inv / ACKM | A | Dividend | | | Sold | 08/04/17 | J | | |
| 109. Oppenheimer Main St Mid Cap Y / OMMY | C | Dividend | | | Sold | 08/04/17 | K | | |
| 110. Calbert SmCap Fd A / CSCV | C | Dividend | | | Sold | 08/04/17 | L | | |
| 111. MFS Intl New Discovery A /MID2 | D | Dividend | | | Sold | 08/04/17 | K | | |
| 112. | | | | | | | | | |
| 113. Pension Fund #2 (H) (X) | | | | | | | | | |
| 114. The Standard Stable Asset A (XSAFA) | | None | | | Buy | 08/08/17 | L | | |
| 115. | | | | | Sold | 09/20/17 | L | A | |
| 116. Voya Intermediate Bond I (IICIX) | A | Dividend | L | T | Buy | 08/08/17 | L | | |
| 117. Loomis Sayles Bond Instl (LSBDX) | A | Dividend | L | T | Buy | 09/20/17 | L | | |
| 118. Vanguard Morgan Growth Adm (VMRAX) | C | Dividend | L | T | Buy | 08/08/17 | K | | |
| 119. Wells Fargo Spec Mdcp Val R6 (WFPRX) | A | Dividend | J | T | Buy | 08/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Mid Cap Val Idx Adm (VMVZX) | C | Dividend | K | T | Buy | 08/08/17 | K | | |
| 121. Calvert Small Cap I (CSVIX) | D | Dividend | L | T | Buy | 08/08/17 | L | | |
| 122. T. Rowe Price Intl Discovery I (TIDDX) | C | Dividend | K | T | Buy | 08/08/17 | K | | |
| 123. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/14/2018 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael W. Fitzgerald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544